ORIGINAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB 13  P 1: 23

| | | |
|---|---|---|
| ROGER and LAURIE SUTTON, | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: CV207-10  Cabell |
| | * | S.D. DIST. OF GA. |
| v. | * | |
| | * | |
| RONALD S. SARLO, DANIEL SNYDER | * | CIVIL ACTION |
| and ENTERPRISE LEASING COMPANY | * | FILE NO. 06V1066 |
| OF GEORGIA, INC., | * | Superior Court, Camden County, GA |
| Defendants. | * | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW THE Plaintiffs in the above-styled matter and voluntarily dismiss this cause of action without prejudice. Pursuant to O.C.G.A. §§ 9-2-61 and 9-11-41, Plaintiffs hereby reserve the right to refile their cause of action within the six months following the date of this dismissal.

This 12 day of February, 20 07.

JOHN S. MYERS, P.C.
117 Osborne Street
Saint Marys, Georgia  31558
(912) 882-2332
jsmpc@tds.net

JOHN S. MYERS
Attorney for Plaintiffs
Georgia Bar No: 533150

Approved this 20th day of February, 2007.

Anthony A. Alaimo
United States District Judge
Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 FEB 20  A 11: 51
CLERK S.D. GA.

10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **ROGER and LAURIE SUTTON,** | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: CV207-10 |
| | * | |
| v. | * | |
| | * | |
| **RONALD S. SARLO, DANIEL SNYDER** | * | CIVIL ACTION |
| and **ENTERPRISE LEASING COMPANY** | * | FILE NO. 06V1066 |
| **OF GEORGIA, INC.,** | * | Superior Court, Camden County, GA |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

Plaintiffs hereby give notice that the following pleadings have been delivered for service on the following individuals:

1. Plaintiffs' Voluntary Dismissal Without Prejudice;

by U.S. Mail to Delora L. Kennebrew, Esquire, Assistant United States Attorney, P.O. Box 8970, Savannah, Georgia 31412, Hugh M. Worsham, Jr., Esquire, 400 Mall Boulevard, Suite P, Savannah, GA 31406, Attorney for Defendant Sarlo and Peter H. Schmidt, II, Esq., Taylor Odachowski Sperry & Crossland, LLC 300 Oak Street, Suite 400, Saint Simons Island, Georgia 31522.

This 12 day of February, 2007.

JOHN S. MYERS, P.C.
117 Osborne Street
St. Marys, Georgia 31558
912/ 882-2332
jsmpc@tds.net

JOHN S. MYERS
Attorney for Plaintiff
Georgia Bar # 533150