AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROGER and LAUIE SUTTON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV207-10

RONALD S. SARLO, DANIEL SNYDER
and ENTERPRISE LEASING COMPANY
OF GEORGIA, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered February 20, 2007, Plaintiffs are Voluntary Dismissing claims against defendants, RONALD S. SARLO, DANIEL SNYDER and ENTERPRISE LEASING COMPANY OF GEORGIA, INC., without prejudice. Plaintiffs hereby reserve the right to refile their cause within the six months following the date of dismissal.

| | |
|---|---|
| February 20, 2007 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03